CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 29 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JEFFREY JASON GARDNER,** | ) | Civil Action No. 7:10-cv-00329 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>ORDER</u> |
| | ) | |
| **C. HAWKS, <u>et al.</u>,** | ) | By: Hon. James C. Turk |
| **Defendants.** | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon

which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN**

from the active docket of the court. Plaintiff may refile his claims at the time of his choosing.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

**ENTER**: This ___28th___ day of July, 2010.

Senior United States District Judge